Case 0:21-cr-60248-WPD   Document 14   Entered on FLSD Docket 09/01/2021   Page 1 of 9

FILED by ___KS___ D.C.
Aug 31, 2021
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-60248-CR-DIMITROULEAS/SNOW

18 U.S.C. § 2422(b)
18 U.S.C. § 2251(a)
18 U.S.C. § 2252(a)(2)

UNITED STATES OF AMERICA

v.

STEWART BITMAN,

         Defendant.
_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
### Enticement of a Minor
### (18 U.S.C. § 2422(b))

From on or about April 3, 2020, through on or about April 10, 2020, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**STEWART BITMAN**
**a/k/a "MATTARMSTROUD3,"**

using any facility and means of interstate and foreign commerce, did knowingly persuade, induce, entice, and coerce an individual, that is, Victim 1, who had not attained the age of eighteen (18) years, to engage in any sexual activity for which a person can be charged with a criminal offense, in violation of Title 18, United States Code, Section 2422(b).

## COUNT 2
### Enticement of a Minor
### (18 U.S.C. § 2422(b))

From on or about May 12, 2020, through on or about June 7, 2020, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**STEWART BITMAN**
**a/k/a "MATTARMSTROUD3,"**

using any facility and means of interstate and foreign commerce, did knowingly persuade, induce, entice, and coerce an individual, that is, Victim 2, who had not attained the age of eighteen (18) years, to engage in any sexual activity for which a person can be charged with a criminal offense, in violation of Title 18, United States Code, Section 2422(b).

## COUNT 3
### Enticement of a Minor
### (18 U.S.C. § 2422(b))

From on or about May 12, 2020, through on or about June 7, 2020, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**STEWART BITMAN**
**a/k/a "MATTARMSTROUD3,"**

using any facility and means of interstate and foreign commerce, did knowingly persuade, induce, entice, and coerce an individual, that is, Victim 3, who had not attained the age of eighteen (18) years, to engage in any sexual activity for which a person can be charged with a criminal offense, in violation of Title 18, United States Code, Section 2422(b).

## COUNT 4
**Enticement of a Minor**
**(18 U.S.C. § 2422(b))**

From on or about January 6, 2021, through on or about January 25, 2021, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**STEWART BITMAN**
**a/k/a "MATTARMSTROUD3,"**

using any facility and means of interstate and foreign commerce, did knowingly persuade, induce, entice, and coerce an individual, that is, Victim 4, who had not attained the age of eighteen (18) years, to engage in any sexual activity for which a person can be charged with a criminal offense, in violation of Title 18, United States Code, Section 2422(b).

## COUNT 5
**Production of Child Pornography**
**(18 U.S.C. § 2251(a))**

From on or about May 15, 2020, through on or about May 29, 2020, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**STEWART BITMAN**
**a/k/a "MATTARMSTROUD3,"**

did employ, use, persuade, induce, entice, and coerce a minor, that is, Victim 2, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct and for the purpose of transmitting a live visual depiction of conduct, knowing and having reason to know that such visual depiction will be transported and transmitted using any means and facility of interstate and foreign commerce, in violation of Title 18, United States Code, Sections 2251(a) and (e).

## COUNT 6
### Production of Child Pornography
### (18 U.S.C. § 2251(a))

On or about May 15, 2020, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**STEWART BITMAN**
**a/k/a "MATTARMSTROUD3,"**

did employ, use, persuade, induce, entice, and coerce a minor, that is, Victim 3, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct and for the purpose of transmitting a live visual depiction of conduct, knowing and having reason to know that such visual depiction will be transported and transmitted using any means and facility of interstate and foreign commerce, in violation of Title 18, United States Code, Sections 2251(a) and (e).

## COUNT 7
### Attempted Production of Child Pornography
### (18 U.S.C. § 2251(a))

From on or about January 6, 2021, through on or about January 25, 2021, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**STEWART BITMAN**
**a/k/a "MATTARMSTROUD3,"**

did attempt to employ, use, persuade, induce, entice, and coerce a minor, Victim 4, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct and for the purpose of transmitting a live visual depiction of conduct, knowing and having reason to know that such visual depiction will be transported and transmitted using any means and facility of interstate and foreign commerce, in violation of Title 18, United States Code, Section 2251(a) and (e).

## COUNT 8
### Receipt of Child Pornography
### (18 U.S.C. § 2252(a)(2))

On or about May 15, 2020, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**STEWART BITMAN**
**a/k/a "MATTARMSTROUD3,"**

did knowingly receive any visual depiction, using any means and facility of interstate and foreign commerce, and that had been shipped and transported in interstate and foreign commerce, by any means, including by computer, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and such visual depiction was of such conduct, in violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1).

## COUNT 9
### Receipt of Child Pornography
### (18 U.S.C. § 2252(a)(2))

On or about May 16, 2020, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**STEWART BITMAN**
**a/k/a "MATTARMSTROUD3,"**

did knowingly receive any visual depiction, using any means and facility of interstate and foreign commerce, and that had been shipped and transported in interstate and foreign commerce, by any means, including by computer, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and such visual depiction was of such conduct, in violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1).

## FORFEITURE ALLEGATIONS

1. The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **STEWART BITMAN, a/k/a "MATTARMSTROUD3,"** has an interest.

2. Upon conviction of a violation of Title 18, United States Code, Section 2251 or Section 2252, as alleged in this Indictment, the defendant shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 2253, the following property:

   (a) any visual depiction escribed in section 2251, 2251A, or 2252A, 2252B, or 2260 of this chapter, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of Chapter 110, Title 18, United States Code;

   (b) any property, real or personal, constituting or traceable to gross profits or other proceeds which the defendant obtained from such violations, and

   (c) any property, real or personal, which the defendant used or intended to be used to commit or to promote the commission of such violation and any property traceable to such property.

3. Upon conviction of a violation of Title 18, United States Code, Section 2422, as alleged in this Indictment, the defendant shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 2428, the following property:

   (a) any property, real or personal, used or intended to be used to commit or to facilitate the commission of such violation; and

      (b)    any property, real or personal, constituting or derived from any proceeds that such person obtained, directly or indirectly, as a result of such violation.

All pursuant to Title 18, United States Code, Sections 2253 and 2428, and the procedures set forth at Title 21, United States Code, Section 853.

A TRUE BILL

_____
FOREPERSON

_____
(Bertha R. Mitrani) for
JUAN ANTONIO GONZALEZ
ACTING UNITED STATES ATTORNEY

_____
BROOKE ELISE LATTA
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

STEWART BITMAN,

_____Defendant_____/

CASE NO._____

## CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

**Court Division:** (Select One)
- ___ Miami
- _✓_ FTL
- ___ Key West
- ___ WPB
- ___ FTP

| | Yes | No |
|---|---|---|
| New defendant(s) | ___ | ___ |
| Number of new defendants | ___ | |
| Total number of counts | ___ | |

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No)   _No_
   List language and/or dialect   _____

4. This case will take _4_ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                           (Check only one)
   
   I    0 to 5 days         _✓_             Petty       ___
   II   6 to 10 days        ___             Minor       ___
   III  11 to 20 days       ___             Misdem.     ___
   IV   21 to 60 days       ___             Felony      _✓_
   V    61 days and over    ___

6. Has this case previously been filed in this District Court?   (Yes or No)   _No_
   If yes: Judge _____ Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No)   _Yes_
   If yes: Magistrate Case No.   21-MJ-06430-STRAUSS
   Related miscellaneous numbers:   _____
   Defendant(s) in federal custody as of   July 23, 2021
   Defendant(s) in state custody as of   _____
   Rule 20 from the District of   _____

   Is this a potential death penalty case? (Yes or No)   _No_

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)?   Yes ___   No _✓_

8. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?   Yes ___   No _✓_

9. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?   Yes ___   No _✓_

_____
BROOKE ELISE LATTA
ASSISTANT UNITED STATES ATTORNEY

*Penalty Sheet(s) attached

REV 6/5/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** STEWART BITMAN

**Case No:** _____

Counts #: 1-4

Enticement of a Minor

Title 18, United States Code, Section 2422(b)

**\*Max. Penalty:** Mandatory Minimum Term of ten (10) Years' Imprisonment up to Life Imprisonment; $250,000 Fine; At Least Five (5) Years of Supervised Release up to Life

Counts #: 5-6

Production of Child Pornography

Title 18, United States Code, Section 2251(a)

**\*Max. Penalty:** Mandatory Minimum Term of fifteen (15) Years' Imprisonment up to Thirty (30) Years' Imprisonment; $250,000 Fine; At Least Five (5) Years of Supervised Release up to Life

Count #: 7

Attempted Production of Child Pornography

Title 18, United States Code, Section 2251(a)

**\*Max. Penalty:** Mandatory Minimum Term of fifteen (15) Years' Imprisonment up to Thirty (30) Years' Imprisonment; $250,000 Fine; At Least Five (5) Years of Supervised Release up to Life

Counts #: 8-9

Receipt of Child Pornography

Title 18, United States Code, Section 2252(a)(2)

**\*Max. Penalty:** Mandatory Minimum Term of five (5) Years' Imprisonment up to Twenty (20) Years' Imprisonment; $250,000 Fine; At Least Five (5) Years of Supervised Release up to Life

**\*Does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**