UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-60248-CR-DIMITROULEAS

**UNITED STATES OF AMERICA**

v.

**STEWART BITMAN,**

**Defendants.**
_____/

**THE UNITED STATES OF AMERICA'S MOTION TO ALLOW
THE VICTIMS AND THEIR FAMILY TO APPEAR VIA ZOOM AT SENTENCING**

The United States of America, by and through the undersigned Assistant United States Attorney, moves this Honorable Court for entry of an Order allowing the victims and their family to appear via Zoom at the sentencing scheduled in the above-captioned matter. In support of this Motion, the United States offers the following:

Background

1. On September 1, 2021, a federal grand jury sitting in the Southern District of Florida returned a nine-count indictment against defendant Stewart Bitman, charging him with four counts of enticement of a minor, in violation of Title 18, United States Code, Section 2422(b); two counts of production of child pornography, in violation of Title 18, United States Code, Sections 2251(a); one count of attempted production of child pornography, in violation of Title 18, United States Code, Sections 2251(a); and two counts of receipt of child pornography, in violation of Title 18, United States Code, Section 2252(b)(2) (DE 14).

2. On February 18, 2022, pursuant to a plea agreement, Bitman pled guilty to four counts of enticement of a minor (DE 35). At the time of sentencing, the United States will move

1

to dismiss the remaining counts against Bitman (DE 36).

3. Bitman's sentencing is currently scheduled for Friday, June 24, 2022 (DE 42).

Request

4. Pursuant to Title 18, United States Code, Section 3771, a victim of a federal offense has "[t]he right to be reasonably heard" at certain public proceedings, including a defendant's sentencing. 18 U.S.C. § 3771(a)(4). When the victim is under eighteen (18) years of age, the victim's legal guardians, family members, or court-appointed representatives may assume the victim's rights under this statutory provision. § 3771(e)(2)(B).

5. By pleading guilty to four counts of enticement of a minor, Bitman admitted to committing federal criminal offenses against four minors. In conferring with the victims and/or their family members, the United States learned that some are unable to attend the scheduled sentencing in this matter due to work conflicts or geographic distance. However, some of those who are unable to attend have requested an opportunity to attend the proceeding remotely.

6. The United States is requesting that the option of appearing via Zoom be made available for the victims in this case and their family members.

7. The United States spoke with Joshua Rydell, who represents Bitman, and he does not oppose the relief sought herein.

[INTENTIONALLY LEFT BLANK]

WHEREFORE, the United States respectfully requests that this Court allow for the victims and their family members to appear via Zoom at the scheduled sentencing hearing.

    Respectfully submitted,

    JUAN ANTONIO GONZALEZ
    UNITED STATES ATTORNEY

    By: _____
    BROOKE ELISE LATTA
    Assistant United States Attorney
    Florida Bar Number 105315
    500 E. Broward Blvd., Suite 700
    Ft. Lauderdale, Florida 33394
    (305) 619-7484

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 23, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

    _____
    BROOKE ELISE LATTA
    Assistant United States Attorney